**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAY 3 0 2017**

JEFFREY P. COLWELL
CLERK

_____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

Sheila Manning , Plaintiff,

v.

Brenda Czaban ,

Eric Smith ,

Jay Flynn ,

Josh Deharz ,

Angie Elie Elzi ,

Joanne Tonnie ,

Carl Clark ,

_____ , Defendant(s).

(List each named defendant on a separate line.)

---

**COMPLAINT**

---

(Rev. 07/06)

## PARTIES

1. Plaintiff Sheila manning is a citizen of Denver Co.
who presently resides at the following address:
4962 Xanadu St Denver Co. 80239

2. Defendant Ybrenda Czaban, Eric Smith is a citizen of Denver, Co
who live(s) at or is/are located at the following address:
4455 E 12th Ave Denver, Co 80280

3. Defendant Jay Flynn is a citizen of Denver, Co.
who live(s) at or is/are located at the following address:
4455 E 12th Ave Denver, Co 80220

(Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:

Mental Health Center of Denver is a non profit treatment Center for residents of Denver with mental illness.

5. Briefly state the background of your case:

Mental Health Center of Denver has done some very bad things to me that has violated the Americans with Disability Act and even though I have made changes in my life and am a new person they refused me services and acts like my old behavior should keep me from going to them.

## FIRST CLAIM FOR RELIEF
### AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

① Jay Flynn has been like because of my old behavior I can go back to Mental Health Center at Denver. He doesn't understand that since me being incarcerated I have made new changes in my life and I am not the same person I used to be. Plus when I was going to MHCD they (Jay Flynn) put in to hospitals me to treat me for my mental health issues. Jay Flynn had told the person at the 9 to 5 colapayous offices in 2013 while I was in Denver County Jail to keep getting my checks but not pay my rent knowing what would happen if my rent wasn't paid. He didn't mind getting my checks and not reporting to social security that I was in Jail as long as they was my payee.

② Jay Flynn and Eric Smith violated the ADA law by telling me that I don't have the right to receive the proper mental health care that everyone gets at MHCD. MHCD had me working with a case manager that they knew was crazy on the job. And did not discipline him when the case manager made an inappropriate comment to me. I am requesting 100,000.00 in monetary relief for then on this for t loss that much in my health and other care needs.

**SECOND CLAIM FOR RELIEF**
**AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.)

① Brenda Rabun was my doctor who treated me for my mental health issues and yet she said that I did not have a mental illness but than said that I had borderline psginality disorder which is a form of medical malpractice when you tell someone you know is mentally ill that they are not and refuse to give the help the need. She kept taking me off of my meds and when I would have one of my episodes she said that I was just attention seeking and did not need to be in the hospital for the hospital to make sure that I was fine than send me home. I am requesting 100,000.00 in monetary relief from her because she has caused a lot of harm to both my physical and mental health.

(Rev. 07/06)

4

## THIRD CLAIM FOR RELIEF
### AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

① Angie E. and Joanne Tonnie have made it hard for me to recieve the proper care at any place I go because they have made up lies about my illness and what I do in my daily life to take care of myself Because of their malpractice and misinterpetation on my behavior and the treatment to give me it has become very hard to trust me at an emergency room when I go in for mental health treatment. I am requesting 200,000.00 in monatary relief for pain and suffering because of this.

**REQUEST FOR RELIEF**

Plaintiff requests the following relief:

I am requesting a total of $400,000.00
in monetary ~~compou~~ relief and that
they send me all records that
they have on me from 7/31/1998 –
Feb 10, 2014 and that they try not
to withheld any of these records and
also a restraining order be put into
effect as part of the settlement.

Date: 5-18-17

_____
Sheila Renee Young
(Plaintiff's Original Signature)

4962 Xanadu St
(Street Address)

Denver, Co. 80239
(City, State, ZIP)

303-564-9775
(Telephone Number)

(Rev. 07/06)