IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01315-LTB

SHEILA RENEE MANNING,

    Plaintiff,

v.

BRENDA CZABAN, *et al.*,

    Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on August 17, 2017, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 17 day of August, 2017.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/ A. Garcia Garcia
                Deputy Clerk